BENJAMIN B. WAGNER
United States Attorney

LAUREN M. CASTALDI
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:	(202) 514-9668
Facsimile:	(202) 307-0054
E-mail:	lauren.m.castaldi@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Civil No. 1:10-cv-00811-LJO-SMS |
|---|---|
| Plaintiff, | **STIPULATION FOR ENTRY OF JUDGMENT AND ORDER** |
| v. | |
| KENNETH K. KESTERSON; CAROLYN A. KESTERSON, | |
| Defendants. | |

　　　　Plaintiff, the United States of America and Defendants Kenneth K. Kesterson and Carolyn A. Kesterson stipulate and agree as follows:

　　　　1.　　Kenneth K. Kesterson and Carolyn A. Kesterson are indebted to the United States for the unpaid assessed balances on individual federal income taxes and accrued interest and penalties for tax years 1989, 1990, 1991, 1992, and 1993 in the amount of $3,410,702.69, including accrued interest

1  calculated under 26 U.S.C. §§ 6601, 6621 through January 1, 2010, plus additional statutory interest to
2  accrue from June 30, 2010, under 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621.

3      2.    The United States and Kenneth and Carolyn Kesterson agree that the United States is
4  entitled to an entry of judgment for the unpaid assessed balances on individual federal income taxes and
5  accrued interest and penalties for tax years 1989, 1990, 1991, 1992, and 1993 in the amount of
6  $3,410,702.69, including accrued interest calculated under 26 U.S.C. §§ 6601, 6621 through January 1,
7  2010, plus additional statutory interest to accrue from June 30, 2010, under 28 U.S.C. § 1961(c)(1) and
8  26 U.S.C. §§ 6601, 6621.

9      3.    The United States and Kenneth and Carolyn Kesterson agree that each party shall bear its
10  own respective costs and attorney's fees incurred with respect to this litigation.

12  The United States, Kenneth K. Kesterson, and Carolyn A. Kesterson so stipulate and request an
13  order in accordance with the foregoing.

15  Dated this  30th   day of September, 2010.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

 /s/ Lauren M. Castaldi
LAUREN M. CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:    (202) 514-9668
Facsimile:    (202) 307-0054
E-mail:       lauren.m.castaldi@usdoj.gov

Attorneys for the United States of America

//

28  Stipulation                                   - 2 -

/s/ Kenneth Kesterson
Kenneth Kesterson
2722 W. San Madele Ave.
Fresno, CA 93711

Pro se
(original signature retained by attorney Lauren Castaldi)

/s/ Carolyn Kesterson
Carolyn Kesterson
2722 W. San Madele Ave.
Fresno, CA 93711

Pro Se
(original signature retained by attorney Lauren Castaldi)

## ORDER

Pursuant to the foregoing stipulation, the Clerk is directed to enter judgment in favor of the United States and against Defendants Kenneth K. Kesterson, and Carolyn A. Kesterson on the United States' First Claim for Relief in the amount of $3,410,702.69, including accrued interest calculated under 26 U.S.C. §§ 6601, 6621 through June 30, 2010, plus additional statutory interest to accrue under 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **September 30, 2010**       /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

Stipulation                                       - 3 -